695 S.E.2d 338 (2010)
HARRIS
v.
The STATE.
No. A08A2167.
Court of Appeals of Georgia.
May 6, 2010.
*339 Michael R. McCarthy, for Appellant.
Kermit N. McManus, Dist. Atty., John S. Helton, Asst. Dist. Atty., for Appellee.
MIKELL, Judge.
The Supreme Court granted certiorari in this case, and in Harris v. State,[1] reversed the judgment of this Court. Therefore, we vacate our earlier opinion[2] and adopt the judgment of the Supreme Court as our own.
Judgment reversed.
SMITH, P.J., and ADAMS, J., concur.
NOTES
[1] 286 Ga. 245, 686 S.E.2d 777 (2009).
[2] Harris v. State, 295 Ga.App. 727, 673 S.E.2d 76 (2009).